**NOTE: CHANGES MADE BY COURT**

# JS-6

IN THE UNITED STATES DISTRICT

FOR THE CENTRAL COURT DISTRICT OF CALIFORNIA

| | |
|---|---|
| Inez Anderson,<br><br>        Plaintiff,<br><br>    v.<br><br>Experian Information Solutions, Inc., and Water and Power Community Credit Union,<br><br>        Defendants. | Case No. 2:22-cv-05122-FWS-MAA<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE [29]** |

///

///

///

- 1 -

Having reviewed and considered the Stipulation of Dismissal with Prejudice [29] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety as to all parties and all claims for relief, with each party bearing that party's own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: August 11, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE